

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

ETC Texas Pipeline, Ltd.,

\* From the 385th District Court
of Midland County,
Trial Court No. CV57367.

Vs. No. 11-22-00350-CV

\* September 12, 2024

XTO Energy Inc.,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court to the extent that it found the Dedicated Acreage map was unenforceable *in toto* under the statute of frauds, and to the extent that the trial court's judgment ordered Appellant take nothing on its claims for breach of contract, fraud in the inducement, fraud and string along fraud, negligent misrepresentation, unjust enrichment, and quantum meruit. In all other aspects, we affirm the judgment of the trial court. We remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against the party incurring same.